**Robert E. SHEPHERD, Appellant,**

v.

**STATE of Missouri, Respondent.**

### No. WD 62916.

Missouri Court of Appeals,
Western District.

March 2, 2004.

. Amy M. Bartholow, Columbia, for appellant.

Andrea K. Spillars, Assistant Attorney General, Jefferson City, for respondent.

Before ELLIS, C.J.,
BRECKENRIDGE and HOWARD, JJ.

## ORDER

PER CURIAM.

Robert E. Shepherd appeals the dismissal of his Rule 24.035 motion for post-conviction relief because it was untimely filed. Since a published opinion would have no precedential value, a memorandum has been provided to the parties.

The judgment is affirmed. Rule 84.16(b).